No. 10–580. KRAFT FOODS GLOBAL, INC., OSCAR MAYER FOODS DIVISION *v.* SPOERLE ET AL., INDIVIDUALLY AND ON BE-

HALF OF ALL OTHERS SIMILARLY SITUATED. C. A. 7th Cir. Certiorari denied.